IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE BENNETT

      Plaintiff,                No. CIV S-07-1629 LEW EFB P

  vs.

TILTON, et al.,

      Defendants.        ORDER

                                  /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve objections to the September 24, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's October 22, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve objections.

      So ordered.

Dated: October 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE